JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3813
Telephone:    (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Defendant FEDERAL DEPOSIT INSURANCE CORPORATION, as RECEIVER for INDYMAC FEDERAL BANK, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC J. GAETA,<br><br>            Plaintiff,<br><br>     v.<br><br>INDYMAC FEDERAL BANK, FSB, A FEDERALLY CHARTERED SAVINGS BANK; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MTDS, INC., A CALIFORNIA CORPORATION DBA MERIDIAN TRUST DEED SERVICE; ONEWEST BANK FSB; and DOES 1 through 50 inclusive,<br><br>            Defendants. | CASE NO.    CV 10-01069 JF<br><br>[PROPOSED] ORDER GRANTING SUBSTITUTION OF FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB AND REQUEST FOR STAY<br><br>Ctrm:      3, 5th Floor<br>Judge:     Hon. Jeremy Fogel |

THE COURT, having reviewed the Substitution Of Federal Deposit Insurance Corporation, As Receiver For Indymac Federal Bank, FSB and the requested stay, and good cause having been shown,

IT IS HEREBY ORDERED:

(1) That the Federal Deposit Insurance Corporation, as Receiver for Indymac Federal Bank ("FDIC as Receiver"), is substituted in for named defendant Indymac Federal Bank, FSB; and

(2) That all proceedings in this matter are stayed for ninety (90) days from the date of this Order.

IT IS SO ORDERED.

Dated: 4/8/10

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE